In the Matter of the Claim of PETER ROSSI, Respondent, against VINCENZO CIAMPI & SONS, Respondent, and THE METROPOLITAN CASUALTY INSURANCE COMPANY OF NEW YORK, Appellant.

(Submitted March 5, 1934; decided March 20, 1934.)

*Jeremiah F. Connor* for appellant.

*Frank J. Claydon* for Vincenzo Ciampi & Sons, respondent.

*John J. Bennett, Jr., Attorney-General (John R. O'Hanlon* of counsel), for State Industrial Board, respondent.

Order affirmed, with one bill of costs in favor of respondents; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN and CROUCH, JJ. Dissenting: HUBBS, J. Not sitting: KELLOGG, J.